518 A.2d 260

**COMMONWEALTH of Pennsylvania Acting By Attorney General LeRoy S. ZIMMERMAN, Appellant,**

v.

**CUSTODIAN OF RECORDS, VALLEY GREEN APARTMENTS.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 1986.

Decided Dec. 4, 1986.

John J. Calabro, Deputy Atty. Gen., for appellant.

Carl T. Bogus, Mark C. Rifkin, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.